IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHAWN YOUNG,

      Plaintiff,

  v.

CITY OF CAMBRIDGE, et al.,

      Defendants.

Case No. 2:09-cv-00038
Judge Sargus
Magistrate Judge Kemp

## ORDER

Currently before the Court is the Parties' Joint Motion to Stay Rulings on Pending Motions Based Upon Tentative Settlement. (Doc. 57.) The Parties have indicated that a tentative settlement was reached in this case during a mediation held on June 17, 2010. However, the settlement remains tentative because a Medicaid lien exceeding the proposed settlement amount is in place. Accordingly, the Parties have requested the Court to remove all unresolved motions from the Court's pending motions list and stay all dates in the case, including the trial date, so that Plaintiff can attempt to resolve the lien with Medicaid.

The Parties' motion is hereby **GRANTED**. All dates in this action are stayed and the Clerk is **DIRECTED** to remove all currently pending motions from the Court's pending motions list. Upon final settlement of the case, the Parties will submit a final dismissal entry to the Court. In the event that the Medicaid lien cannot be resolved, the Parties will jointly approach the Court for a status conference.

IT IS SO ORDERED.

\_\_\_7-13-2010\_\_\_  
DATED

_____  
EDMUND A. SARGUS, JR.  
UNITED STATES DISTRICT JUDGE